UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

ADIRONDACK GARDENS APARTMENTS, LLC

    Plaintiff,

    v.

FUEL KNGS HWY, LLC, CHRISTOPHER
SHAWN STEWART, CSS FITNESS HOLDINGS,
LLC, FUEL FITNESS HOLDINGS, LLC, and
FUEL REYNOLDA, LLC

    Defendants.

Case No. 5:25-cv-13

Removed from the Superior
Court of Iredell County,
North Carolina, Case No.
24-CVS-1514

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1446, and 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Adirondack Gardens Apartments, LLC ("Adirondack") hereby files this Notice of Removal of that certain civil action filed in the Superior Court Division, County of Iredell, State of North Carolina, Case No. 24-CVS-1514, captioned *Adirondack Gardens Apartments, LLC v. Fuel Kings Hwy, LLC, Christopher Shawn Stewart, CSS Fitness Holdings, LLC, Fuel Fitness Holdings, LLC, and Fuel Reynolda, LLC* (the "State Court Action") to the United States District Court for the Western District of North Carolina and then to the United States District Court for the Eastern District of North Carolina where Defendants Fuel Reynolda and Christopher Shawn Stewart have personal bankruptcy cases pending. In support of this Notice of Removal, Adirondack states as follows:

## I. Background

1. Adirondack exercises its rights under the provisions of 28 U.S.C. §§ 1331, 1332, 1367, 1446, and 1452 to remove this case from the Superior Court of Iredell County, North Carolina. The case is now pending under the name and style of *Adirondack Gardens Apartments, LLC v. Fuel Kings Hwy, LLC, Christopher Shawn Stewart, CSS Fitness Holdings, LLC, Fuel Fitness Holdings, LLC and Fuel Reynolda, LLC*, Case No. 24CVS1514.

2. On May 20, 2024, Adirondack commenced the above-captioned State Court Action by the filing of a complaint (the "Complaint") against the above-captioned defendants (the "Defendants") in the Superior Court Division, County of Iredell, State of North Carolina (the "Superior Court of Iredell County").

3. In the Complaint, Adirondack seeks, *inter alia*, to recover money damages from Defendants Fuel Kings Hwy, LLC ("Fuel Kings"), Christopher Shawn Stewart ("Stewart"), CSS Fitness Holdings, LLC ("CSS Fitness"), Fuel Fitness Holdings, LLC ("Fuel Fitness"), and Fuel Reynolda, LLC ("Fuel Reynolda"), based on allegations of breach of contract, fraud, and conversion. Adirondack alleges that tenant improvement funds provided by Adirondack to Fuel Kings for construction of improvements on premises owned by Adirondack (the "Adirondack Property") and leased to Fuel Kings (the "Fuel Kings Leased Premises"), with obligations guaranteed by Stewart under a personal guaranty, were improperly diverted by Stewart to Fuel Reynolda for unrelated purposes.

4. Specifically, Stewart used the funds provided by Adirondack for construction of improvements at the Fuel Kings Leased Premises to pay down a loan secured by Stewart for Fuel Reynolda, which was secured by Stewart's personal residence. As a result, Fuel Reynolda directly

benefitted from Stewart's improper diversion of the tenant improvement funds provided by Adirondack to Fuel Kings for construction of improvements of the Fuel Kings Leased Premises.

5. Plaintiff further alleges that Defendants' actions caused a mechanic's lien to be filed against the Adirondack Property that caused Adirondack to default with its lender, left the Fuel Kings Leased Premises partially completed and unable to be re-leased, and breached the lease agreement and guaranty obligations.

6. Upon information and belief, Stewart is the manager or managing member of Fuel Kings, CSS Fitness, Fuel Fitness, and Fuel Reynolda, maintains his personal home address as the mailing and registered address of each respective entity, and exercises complete control and dominion thereof.

7. On October 22, 2024 (the "Corporate Petition Date"), Fuel Reynolda filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), Case No. 24-03700 (the "Bankruptcy Case"), in the United States Bankruptcy Court for the Eastern District of North Carolina (the "Bankruptcy Court").

8. Also on the Corporate Petition Date, Fuel Fitness filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, which is known by Case No. 24-03698 in the Bankruptcy Court.

9. On November 8, 2024 (the "Stewart Petition Date"), Stewart filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code, which is known by Case No. 24-03927, in the Bankruptcy Court.

**II.    Grounds for Removal**

10. Adirondack is removing this action to this Court pursuant to 28 U.S.C. § 1452(a), which allows removal if the District Court has jurisdiction over the action under 28 U.S.C. § 1334. This Court has original jurisdiction under 28 U.S.C. § 1334(b) "of all civil proceedings arising under [T]itle 11, or arising in or related to the cases under [T]itle 11."

11. A civil proceeding is "related to" a bankruptcy case when the "outcome of that proceeding could conceivably have any effect on the estate being administered in bankruptcy." *In re Celotex,* 124 F.3d 619, 625 (4th Cir.1997). Because pre-petition and administrative claims may be paid from the bankruptcy estate, causes of action that arose prior to the petition date could affect the debtor's estate and would be "related to" its bankruptcy case. *In re Baseline Sports, Inc.*, 393 B.R. 105, 127–28 (Bankr. E.D. Va. 2008). In other words, because the possible outcome of litigating a pre-petition civil proceeding in state court may reduce the debtor's bankruptcy estate, thereby reducing the amount of money that would be paid out to claimants in the bankruptcy case, the bankruptcy court has "related to" jurisdiction over such cases. *See, e.g.*, *In re Bestwall LLC*, 71 F.4th 168, 179 (4th Cir. 2023).

12. Adirondack's Complaint, filed before the both the Corporate Petition Date and the Stewart Petition Date, alleges money damages against the Defendants, including Fuel Reynolda and Christopher Shawn Stewart, for breach of contract, fraud, conversion, and related claims. These claims, currently pending before the Superior Court of Iredell County, arise from Stewart's improper diversion of tenant improvement funds provided by Adirondack to Fuel Kings for construction of improvements of the Fuel Kings Leased Premises that improperly benefitted Fuel Reynolda, a party unrelated to the transaction.

13. Accordingly, there can be no dispute that the State Court Action satisfies the removal standard of 28 U.S.C. § 1452. The State Court Action qualifies as a pre-petition proceeding "related to" the Bankruptcy Case because a judgment against Fuel Reynolda in the State Court Action would conceivably reduce the Fuel Reynolda bankruptcy estate and have an impact on the administration thereof. *See In re Celotex Corp.*, 124 F.3d at 625. Moreover, the issues that must be adjudicated in the State Court Action overlap with those that must be adjudicated by the Bankruptcy Court through the claims allowance process, including the potential liquidation of Fuel Reynolda's estate to satisfy creditor claims against the bankruptcy estate.

## The Procedural Requirements for Removal Have Been Satisfied

14. Pursuant to 28 U.S.C. § 1446(a), Adirondack has attached hereto as **Exhibit A**, copies of all process, pleadings, and orders served in the State Court Action to date.

15. Pursuant to 28 U.S.C. § 1441 *et seq.*, the right exists to remove this action from the Superior Court for Iredell County, where the case is currently pending, to the United States District Court for the Western District of North Carolina.

16. The United States District Court for the Western District of North Carolina embraces Iredell County, North Carolina, in which the State Court Action is now pending, and, thus, this Court is a proper venue for this action. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a).

17. Because the State Court Action seeks damages owed to Adirondack arising from pre-petition actions and benefits derived by Fuel Reynolda, and the resolution of these claims will impact the administration and potential liabilities of the Fuel Reynolda bankruptcy estate, the State

Court Action is "related to" the Bankruptcy Case and satisfies the requirements of 28 U.S.C. § 1452.

18. Pursuant to 28 U.S.C. § 1446(d) and Rule 9027 of the Federal Rules of Bankruptcy Procedure, Adirondack shall give the Defendants written notice of the filing of this Notice of Removal and file the written notice of the filing of this Notice of Removal with the Superior Court for Iredell County, attaching thereto a copy of this Notice of Removal, and the documents attached to this Notice of Removal. An executed copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit B.**

19. This Notice of Removal is being filed within ninety (90) days of the entry of the Order for Relief in the Fuel Reynolda bankruptcy case; and, therefore, is timely pursuant to Rule 9027(a)(2)(A) of the Bankruptcy Rules.

### Non-Waiver of Defenses

20. Adirondack does not waive any defense or right available to it. Instead, Adirondack specifically reserves all of its respective rights.

**WHEREFORE**, Adirondack respectfully requests that the above-captioned action now pending in the Superior Court of Iredell County, North Carolina be removed to the United States District Court for the Western District of North Carolina, and that the United States District Court for the Western District of North Carolina assume jurisdiction of this action and enter such other and further orders as may necessary to accomplish the requested removal and promote the ends of justice. If any questions arise as to the proprietary of the removal of this action, Adirondack requests the opportunity to present a brief and argument in support of its position that this case is removable.

This the 21st day of January, 2025.

                                               Waldrep Wall Babcock & Bailey PLLC

                                               /s/ Ciara L. Rogers
                                               Ciara L. Rogers (NC Bar No. 42571)
                                               Waldrep Wall Babcock & Bailey PLLC
                                               3600 Glenwood Ave, Suite 210
                                               Raleigh, NC 27612
                                               Telephone: (984) 480-2005
                                               Facsimile: (984) 263-0466
                                               crogers@waldrepwall.com
                                               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 21, 2025, the foregoing **NOTICE OF REMOVAL** was filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was sent via first class mail, postage prepaid and electronic mail to the following:

Vector Law Group
Attn: Ryan Smith, Esq.
5711 Six Forks Road, #101
Raleigh, NC 27609
Email: ryan@vectorlawgroup.com

Sasser Law Firm
Attn: Philip Sasser, Esq.
2000 Regency Parkway, Suite 230
Cary, NC 27518
Email: philip@sasserbankruptcy.com

                            s/ Ciara L. Rogers
                            Ciara L. Rogers